# MURPHY BURNS GROUDINE LLP

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
MARIE A. BARKER

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE 518.690.0096 // FAX 518.690.0053

WILLIAM J. MURPHY
1926-2006


September 1, 2026

Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

Re: Huyben et. al. v. Officer Edward Ackley
Case No.: 1:26-cv-00774-AMN-DJS

Dear Judge Nardacci:

Our office represents defendant, Police Officer Edward Ackley in this action. I write in response to the Court's Text Order of today's date (Dkt. No. 26) which requested that the defendant advise the status of the pending partial motion to dismiss in this matter.

As the Court noted in its Text Order, the plaintiffs filed an Amended Complaint on August 17, 2026. See Dkt. No. 24. That Amended Complaint superseded the original Complaint and resolved the issues raised by the then-defendants in the pending partial motion to dismiss. As the plaintiffs' Amended Complaint mooted the pending partial motion to dismiss, our office timely answered the plaintiffs' Amended Complaint on behalf of the sole defendant, Officer Ackley on August 31, 2026. See Dkt. No. 25.

As a result of the same, the defendant (formerly defendants) formally withdraws the partial Motion to Dismiss and respectfully requests that the Court terminate both the Village of Ballston Spa and the Village of Ballston Spa Police Department as defendants in this action based on the voluntary withdrawal of them as defendants as set forth in the plaintiffs' Amended Complaint.

I thank the Court in advance for its time and kind consideration of this status report.

Respectfully submitted,

MURPHY BURNS GROUDINE LLP

Stephen Groudine

By: Stephen M. Groudine
sgroudine@mbglawny.com

c: Mark J. Sacco, Esq. (via CM/ECF)