**MURPHY BURNS GROUDINE LLP**

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
MARIE A. BARKER

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE 518.690.0096 // FAX 518.690.0053

WILLIAM J. MURPHY
1926-2006

September 29, 2026

Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

Re: Huyben et al v. Officer Edward Ackley
Case No.: 1:26-cv-00774-AMN-DJS

Dear Judge Nardacci:

Our office represents the defendant in this action. I am writing to notify the Court that the parties have resolved the case and have agreed to confidentiality as part of the agreement. Once closing papers are exchanged, we will be filing a Stipulation of Voluntary Dismissal for the Court's execution.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

MURPHY BURNS GROUDINE LLP

By: Stephen M. Groudine
sgroudine@mbglawny.com

SMG/ycs
c: Mark Sacco, Esq.